WILLIAM T. DUDLEY *v.* JOHN W. JEFFRIES ET AL.

WILLIAM T. DUDLEY *v.* W. K. WALL'S HEIRS ET AL.

Decretal Sale—Resale—Vested Rights.
  Where real estate has been regularly and fairly sold at a fair price, the first bidder, having no vested rights before confirmation, cannot complain at a second sale, at which another bids more than he is willing to give.

APPEAL FROM FLEMING CIRCUIT COURT.

October 16, 1868.

OPINION OF THE COURT BY JUDGE ROBERTSON:

Whatever we may think of the propriety of a chancellor's opening bidding when, under his decree, real estate has been regularly and fairly sold at a fair price, the first bidder, having no vested right before confirmation, has no just cause of complaint when, at

the second sale, another person bid much more than he was willing to give.

And, under such circumstances, this court cannot reverse the order opening the bidding, but must adjudge that the last sale was properly confirmable.

Wherefore, the judgments are approved.

*Wadsworth, for appellant.*

*Stanton & Throop, for appellees.*